```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 06 B 16561
   LAZETT HARRIS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9261


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/14/2006 and was confirmed 05/14/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/17/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                                PAID             PAID
------------------------------------------------------------------------------
ARONSON FURNITURE          SECURED              692.00           5.13            91.12
ARONSON FURNITURE          UNSECURED            372.85            .00             .00
ARONSON FURNITURE          SECURED              100.00            .00             .00
ARONSON FURNITURE          UNSECURED            214.31            .00             .00
AFS ASSIGNEE               UNSECURED         NOT FILED            .00             .00
SPRINT PCS                 UNSECURED         NOT FILED            .00             .00
CITY OF CHICAGO PARKING    UNSECURED           3270.00            .00             .00
CBCS                       UNSECURED         NOT FILED            .00             .00
T-MOBILE                   UNSECURED         NOT FILED            .00             .00
NATIONAL CAPITAL MANAGEM   UNSECURED            491.89            .00             .00
GREATER CHICAGO FINANCE    UNSECURED         NOT FILED            .00             .00
SBC AMERITECH              UNSECURED         NOT FILED            .00             .00
CHICAGO FINANCE            UNSECURED         NOT FILED            .00             .00
PEOPLES GAS                UNSECURED         NOT FILED            .00             .00
COMMONWEALTH EDISON        UNSECURED         NOT FILED            .00             .00
T MOBILE                   UNSECURED         NOT FILED            .00             .00
COMCAST CABLE COMMUNICAT   UNSECURED         NOT FILED            .00             .00
FORD MOTOR CREDIT          UNSECURED           5409.34            .00             .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT        30.00             .00            30.00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,500.00                           248.89
TOM VAUGHN                 TRUSTEE                                               24.86
DEBTOR REFUND              REFUND                                                 .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     400.00

PRIORITY                                          30.00
SECURED                                           91.12
    INTEREST                                       5.13

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 16561 LAZETT HARRIS
```

```
UNSECURED                                                       .00
ADMINISTRATIVE                                               248.89
TRUSTEE COMPENSATION                                          24.86
DEBTOR REFUND                                                   .00
                                    ----------------   ----------------
TOTALS                                      400.00             400.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 12/27/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE